# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
GUARDIANSHIP OF L. R. V., MINOR
WARD.

NICOLE H.,

               Appellant,

vs.

THOMAS V.; AND BRENDA V.,

               Respondents.

No. 72834

**FILED**

SEP 29 2017



## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order approving and adopting the guardianship commissioner's report and recommendations that denied appellant's petition for visitation with the child. Eighth Judicial District Court, Clark County; Elizabeth Goff Gonzalez, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). NRAP 3A(b)(7) permits an appeal from "[a]n order entered in a proceeding that did not arise in a juvenile court that finally establishes or alters the custody of minor children." The order appealed from does not establish the custody of the minor child, rather it denies the petition for visitation. No alternative

statute or court rule provides for an appeal from an order denying a petition for visitation. Accordingly, we conclude that we lack jurisdiction, and we ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:  Hon. Elizabeth Goff Gonzalez, Chief Judge
     Nicole H.
     The Law Offices of Patrick Driscoll, LLC
     Eighth District Court Clerk

---

[1]We deny as moot appellant's motions for the appointment of counsel.